AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN 1 0 2.. .
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VMA DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GUILLERMO RAMON ANGUIANO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1859-BEN

I, GUILLERMO RAMON ANGUIANO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Guillermo Anguiano
Defendant

Counsel for Defendant

Before ____________________
Judicial Officer