DAVID J. ZUGMAN
California State Bar No. 190818
964 Fifth Avenue, Suite 300
San Diego, California 92101-5008
Telephone No. (619) 699-5931
Facsimile No. (619) 699-5932
dzugman@burchamzugman.com

Attorney for Guillermo Ramon Anguiano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GUILLERMO RAMON ANGUIANO, Defendant. | Criminal No. 08CR1859-BEN<br>Date: July 21, 2008<br>Time: 9:00 a.m.<br>MR. ANGUIANO'S LETTERS IN SUPPORT OF SENTENCING |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, JAMES P. MELENDRES, ASSISTANT UNITED STATES ATTORNEY, and KRYSTAL M. WARD, UNITED STATES PROBATION OFFICER.

Please take notice that Guillermo Ramon Anguiano, by and through his counsel, David J. Zugman, files the attached letters for the Court's consideration. This matter is scheduled for sentencing on July 21, 2008, at 9:00 a.m. before the Honorable Roger T. Benitez.

Respectfully Submitted,

Date: July 15, 2008

S/David J. Zugman
DAVID J. ZUGMAN
Attorney for Mr. Anguiano

# PROOF OF SERVICE

I, the undersigned, declare that:

1. I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California; am not a party in the within action; and my business address is 964 Fifth Avenue, Suite 300, San Diego, California, 92101-5008.

2. I am effecting service of DEFENDANT'S SENTENCING LETTERS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

JAMES P. MELENDRES, ASSISTANT UNITED STATES ATTORNEY
Office of the U.S. Attorney
880 Front Street
San Diego, CA 92101

KRYSTAL WARD, UNITED STATES PROBATION OFFICER
United States Probation Office
101 West Broadway, Suite 700
San Diego, CA 92101-7991

3. I hereby certify that I have mailed the foregoing, by United States Postal Service to the following non-EFC participants in this case:

1. N/A

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2008.

S/David Zugman
DAVID J. ZUGMAN

06-21-2008

To whom it may concern:

This is to testify that Guillermo Ramon Anguiano is a nice person who will help anyone that needs help. I Janette Vazquez will help Guillermo on anything need for him to leave at his county which is Mexico so that he will not re-enter to the State of Calfornia.

If you have any questions, please give me a call.
(626) 922-7377

Sincerely,
Janette Vazquez

To whom it May concern:

I Gonzalo Hernandez will just like to ask you to dont send Guillermo Anguiano to another jaill so that we could go see him. Also I will like for you to know that I will help Guillermo out when he is at Mexico by going every weekend to see him and take same Mony so that he will not come back because I dont like to see him all the time in jaill. Thank you for your time.

By

Gonzalo Hernandez.

TRANSLATION

To Whom It May Concern:

I, Piedad Anguiano, commit myself to helping Guillermo Anguiano so that he doesn't return to the United States and so that he stays in Mexico. Because he is a good person to my entire family and his friends. I am going to help him because I don't want to see him in custody for so long. I pray that they don't send him to far away, that they allow him to serve his sentence in California so that his mother and I can go and visit him. His mother can't drive because she is disabled and I have to help her.

Thank you for your attention to this letter.

(Signature)

Piedad Anguiano